RECEIVED
IN MONROE, LA
NOV 13 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEPHON JAMES | CIVIL ACTION NO. 08-0690 |
| VS. | JUDGE ROBERT G. JAMES |
| ROBERT TAPPIN, WARDEN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], and after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation [Doc. No. 7],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Stephon James' civil rights complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

MONROE, LOUISIANA, this 13 day of November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE